JOHN BALAZS, Bar. No. 157287
Attorney at Law
916 2nd Street, Suite F
Sacramento, CA 95814
Tel: (916) 447-9299
balazslaw@gmail.com

Attorney for Petitioner
JOSE GONZALO VILLAMIZAR RICO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE GONZALO VILLAMIZAR RICO,<br><br>Petitioner,<br><br>vs.<br><br>WARDEN OF THE MESA VERDE DETENTION FACILITY,<br><br>Respondent. | Case No. 1:26-CV-8437-EJD<br><br>**STIPULATION AND ~~[PROPOSED]~~ ORDER** |

Petitioner Jose Gonzalo Villamizar Rico, through counsel, and Respondent Warden, Mesa Verde Detention Facility (MVDF), through its counsel, hereby stipulate that the due date for petitioner's Reply to the Answer in this habeas case under 28 U.S.C. 2241 be extended from November 5, 2026 to November 9, 2026.

The reason for this request is that petitioner's counsel was recently appointed and needs additional time to communicate with the petitioner in the MVDF, gather records, and prepare the Reply to the Answer in these proceedings.

Respondent does not object to this request.

///

///

IT IS SO STIPULATED.

Respectfully submitted,

Dated: October 30, 2026

/s/ John Balazs
JOHN BALAZS

Attorney for Petitioner
JOSE GONZALO VILLAMIZAR RICO

Dated: October 30, 2026

ERIC GRANT
U.S. Attorney

By: /s/ Jonathan H. Yu
JONATHAN H. YU
Assistant U.S. Attorney

**ORDER**

IT IS SO ORDERED.

Dated: October 30, 2026

HON. EDWARD J. DAVILA
United States District Judge